# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAINER,<br><br>          Plaintiff,<br><br>     v.<br><br>A. CALDERON, et. al.,<br><br>          Defendant. | CV F- 04-5545 OWW DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint.  The complaint appears to state cognizable claims for relief for violation of the First Amendment against the named defendants.   Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Calderon, Sullivan, Woodley, Todd and Lopez.
2. The Clerk of the Court shall send Plaintiff five  (5) USM-285 forms, five (5) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 5, 2004.
3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
   a. Completed summons;

1         b.     One completed USM-285 form for each defendant listed above; and

2         c.     Six (6) copies of the endorsed complaint filed April 5, 2004.

3     4.    Plaintiff need not attempt service on Defendants and need not request waiver of

4 service.  Upon receipt of the above-described documents, the court will direct the

5 United States Marshal to serve the above-named Defendants pursuant to Federal Rule

6 of Civil Procedure 4 without payment of costs.

7     5.    <u>The failure to comply with this Order will result in a Recommendation that this action

8 be dismissed.</u>

9 IT IS SO ORDERED.

10     **Dated:**  **December 12, 2006**           **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE