# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAINER, | CASE NO. CV-F-04-5545 LJO DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER |
| vs. | |
| A. CALDERON et al., | [Doc. 11] |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants Calderon, Sullivan, Woodley, Todd, and Lopez on plaintiff's original complaint, filed April 5, 2004. On July 27, 2006, plaintiff filed a motion requesting that an order be issued to the Warden of California State Prison in Lancaster, requiring him to send plaintiff his legal property.

Plaintiff's request is HEREBY DENIED. The Court has no jurisdiction over the Warden of California State Prison in Lancaster as he is not a party to this action and the Court has no general authority to issue directives to the California State Prison. Should plaintiff require an extension of time to comply with court deadlines due to delay in his receipt of legal property, he should make a request to the court.

IT IS SO ORDERED.

1

1

**Dated:   March 9, 2007**                    **/s/ Dennis L. Beck**
3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28