1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
11
12   WILLIAM RAINER,                    )     1:04-CV-5545 LJO DLB (PC)
                                        )
13          Plaintiff,                  )     ORDER GRANTING EXTENSION OF TIME
                                        )
14          v.                          )     (DOCUMENT #25)
                                        )
15   A. CALDERON, et al.,               )
                                        )
16          Defendants.                 )
                                        )
17   _____)

18          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

19   Section 1983.  On May 25, 2007, plaintiff filed a motion to extend time to file answer to defendant's

20   motion to dismiss.  Inasmuch as plaintiff filed the objection to defendant's motion to dismiss on June

21   15, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT

22   plaintiff's motion to extend time to file objection to defendant's motion to dismiss is GRANTED nunc

23   pro tunc.

24          IT IS SO ORDERED.

25      Dated:   July 26, 2007              _____/s/ Dennis L. Beck_____
                                           UNITED STATES MAGISTRATE JUDGE
26
27
28