UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAINER, ) | 1:04-cv-5545 LJO DLB (PC) |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS |
| v. ) | (DOCUMENT #25) |
| A. CALDERON, et al., ) | |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On May 25, 2007, plaintiff filed a motion to extend time to respond to the motion to dismiss (Document #24). Inasmuch as plaintiff filed an opposition to the motion on June 15, 2007, and good cause having been presented to the Court, IT IS HEREBY ORDERED THAT plaintiff's motion is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated: **August 7, 2007**       /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE