IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAINER, | 1:04-cv-05545 LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| A. CALDERON, et al., | (DOCUMENT #43) |
| Defendants. | TWENTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2008, plaintiff filed a motion to extend time to file Objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted twenty (20) days from the date of service of this order in which to file Objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated:  February 19, 2008          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE