UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAINER,<br><br>        Plaintiff,<br><br>vs.<br><br>CALDERON, et al.,<br><br>        Defendants. | 1:04-cv-5545-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 41)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br>(Docs 24 & 39) |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 25, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On March 3, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  　　　Accordingly, IT IS HEREBY ORDERED that:
7  　　　1.  The Findings and Recommendations, filed January 25,
8  2008, are ADOPTED IN FULL;
9  　　　2.  Defendants motion to dismiss is GRANTED;
10 　　　3.  Plaintiff shall file an amended complaint within thirty
11 　　　　　(30) days; and
12 　　　4.  Failure to file an amended complaint will result in
13 　　　　　dismissal of this action.

IT IS SO ORDERED.

**Dated:   March 18, 2008**             /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2