IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM RAINER,<br><br>                    Plaintiff,<br><br>     v.<br><br>A. CALDERON,  et al.,<br><br>                    Defendants. | 1:04-cv-05545-LJO- DLB (PC)<br><br>**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 49)<br><br>TEN DAY DEADLINE |

GOOD CAUSE HAVING BEEN SHOWN, Defendants are granted ten days from the date of the screening order screening Plaintiff's Amended Complaint, to file a responsive pleading.

IT IS SO ORDERED.

  Dated:   **May 1, 2008**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

[Proposed] ORDER

1