**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM RANIER, | CASE NO. 1:04-CV-05545 LJO DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| A. CALDERON, et al., | (Doc. 57) |
| Defendants. | |
| _____ / | |

Plaintiff William Ranier ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2008, plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). (Doc. 57.) On October 21, 2008, defendants filed a statement of non-opposition. (Doc. 58.)

At this juncture, this action may not be dismissed by plaintiff without order of the court. Fed. R. Civ. Pro 41(a)(1). Based on plaintiff's request for dismissal and defendants' statement of non-opposition, the court deems it proper to order this action dismissed. Fed. R. Civ. Pro. 41(a)(2).

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed.

IT IS SO ORDERED.

**Dated:     October 23, 2008**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

1